UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17CR00474 SNLJ |
| | ) | |
| HAROLD PERKINS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that the report and recommendation of United States Magistrate Judge Noelle C. Collins (ECF 72), filed January 16, 2019 be and is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS HEREBY ORDERED** that Defendant's Motion to Suppress Evidence and Statements (ECF 32) be **GRANTED** in part as to any statement made regarding his parole status and is **DENIED** in all other respects.

**IT IS FURTHER ORDERED** that Defendant Harold Perkins' *Pro Se* Amend Motion to Suppress Evidence and States [ECF 61] and *Pro Se* Motion to Dismiss for Violation of Constitution Right of Due Process of Law [ECF 70] is **DENIED.**

This matter is set for jury trial on March 27 and 28, 2019 at 9:00 a.m. in Courtroom 3N.

Dated this 4th day of March, 2019.

                                                    _____
                                                  STEPHEN N. LIMBAUGH, JR.
                                                  UNITED STATES DISTRICT JUDGE